## IN THE CIRCUIT COURT FOR BALTIMORE CITY

| | |
|---|---|
| B.P.I. PATAPSCO, LLC<br>7949 Turncrest Drive<br>Potomac, Maryland 20854<br><br>    Plaintiff,<br><br>v.<br><br>PATAPSCO EXCAVATING, INC.<br>1209 Orange Street<br>Wilmington, Delaware 19801<br><br>and<br><br>CANARY ISLAND DEVELOPMENT CO., INC.<br>2500 Frederick Avenue<br>Baltimore, Maryland 21223<br><br>and<br><br>B.P.I. PATAPSCO, LLC<br>7949 Turncrest Drive<br>Potomac, Maryland 20854<br><br>and<br><br>HARRY E. BLACK<br>Director of Finance and Collector of Taxes for the<br>City of Baltimore and the State of Maryland<br>454 City Hall<br>Baltimore, Maryland 21202<br><br>and<br><br>MAYOR AND CITY COUNCIL OF BALTIMORE<br>George Nilson, City Solicitor<br>100 Holiday Street, Suite 101<br>Baltimore, Maryland 21201<br><br>and | *<br>*<br>*<br>*<br>*<br>*<br>*  Case No. 24-C-14-002563<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |



| | |
|---|---|
| *UNITED STATES* <br> United States Attorney for the District of Maryland <br> 36 S. Charles Street 4th Fl. <br> Baltimore, MD 21201 <br><br> and <br><br> All other persons having or claiming an interest in the property situate in Baltimore City, Maryland, described as WS Patapsco River 264-8 FT S of W. Patapsco Ave., Baltimore City, Maryland <br> Tax Account No. 25-05-7612N-007 <br><br>     Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AMENDED COMPLAINT TO FORECLOSE RIGHTS OF REDEMPTION

Plaintiff, B.P.I. Patapsco, LLC ("Plaintiff"), by its undersigned counsel, hereby files this Amended Complaint to Foreclose Rights of Redemption and in support thereof states as follows:

1. On May 21, 2012, Harry E. Black, Director of Finance and Collector of Taxes for the City of Baltimore and the State of Maryland, sold in fee simple, by authority conferred upon him by Section 14-808 *et seq.* of the Tax Property Article of the Annotated Code of Maryland, the property described herein and located in Baltimore City, Maryland to Plaintiff, assignee of Comian XII Tax Lien Fund, LLC ("Comian"). A copy of the Certificate of Tax Sale is attached hereto as Exhibit "A" and is incorporated by reference herein.

2. The description of the property in substantially the same form as the description appearing on the Certificate of Tax Sale and the Collector's tax records is, as follows: 12.994 acres, WS Patapsco River 264-8 FT S of W. Patapsco Ave., Baltimore City, Maryland, Tax Account No. 25-05-7612N-007 (the "Property").

3. On or about May 15, 2013, Comian assigned its right, title and interest in and to the Certificate of Tax Sale to Plaintiff pursuant to an Assignment of Certificate of Tax Sale. A

copy of the Assignment of Certificate of Tax Sale is attached hereto as Exhibit "B" and is incorporated by reference herein.

4. Plaintiff is the owner of the Certificate of Tax Sale.

5. Prior to the institution of these proceedings, Plaintiff complied with all notice requirements set forth in Section 14-833 of the Tax Property Article of the Annotated Code of Maryland. An Affidavit of Compliance is attached hereto as Exhibit "C" and is incorporated by reference herein.

6. A title examination for the Property, including a search and examination of the Land Records of Baltimore City, the records of the Register of Wills of Baltimore City, the records of the Circuit Court for Baltimore City, and the tax rolls of Baltimore City, Maryland, has been made in accordance with generally accepted standards of title examination for a period of over forty (40) years prior to filing this Complaint. A copy of the Supplemental Title Report is attached hereto as Exhibit "D" and is incorporated by reference herein. A copy of the Abstractor's Supplemental Affidavit of Title Search is attached hereto as Exhibit "E" and is incorporated by reference herein.

7. The search revealed that the Defendants are the title owner(s) of the Property, or are parties having a recorded interest in the Property and are required to be named as Defendants, in accordance with Sections 14-836 and 14-837 of the Tax Property Article of the Annotated Code of Maryland. Baltimore City is also named as a Defendant in its capacity as the statutory authority charged by law to collect taxes.

8. The amount necessary for redemption as of April 30, 2014 is $12,256.52, which was the original amount due for unpaid taxes, interest, and penalties due on the Property as of the date of the tax sale.

9. The failure of any party in interest to pay Plaintiff and Baltimore City the amounts necessary to pay expenses of this proceeding and taxes due on the Property as set forth in this Complaint will result in Plaintiff seeking a final order foreclosing all rights of redemption by all defendant parties to this proceeding.

10. Notice of the institution of these proceedings along with a copy of this Complaint and all exhibits thereto were sent to the Harry E. Black, Director of Finance and Collector of Taxes for the City of Baltimore and the State of Maryland, pursuant to Sections 14-839(c) of the Tax Property Article of the Annotated Code of Maryland and Maryland Rule 14-503(d). A copy of the Affidavit of Notice to Tax Collector is attached hereto as Exhibit "F" and is incorporated by reference herein.

11. The Records of the State Department of Assessments and Taxation of the State of Maryland reflect that there are no improvements on the land and property subject to these proceedings. As such, no notice to tenants was required to be mailed under Section 14-836(b)(4) of the Tax Property Article of the Annotated Code of Maryland. A copy of the Affidavit of Notice to Occupant – Vacant Land is attached hereto as Exhibit "G" and is incorporated by reference herein.

12. This proceeding is brought within two (2) years from the date of issuance of the Certificate of Tax Sale, and although more than six (6) months have elapsed since the date the Property was sold at tax sale, and more than two (2) months has elapsed since the first of two (2) notices of tax sale was sent as required by Maryland law, the Property has not been redeemed by any party in interest.

13. Plaintiff is entitled to the amount due on the Certificate of Tax Sale, plus interest at the statutory rate from the date of sale to the date of redemption, court costs, attorneys' fees

and other expenses as allowed under Sections 14-828 and 14-843 of the Tax Property Article of the Annotated Code of Maryland or in default of payment thereof: (a) to having Defendants and all persons claiming by, through or under them debarred and foreclosed of and from all equity and right of redemption on or to the Property described in the Certificate of Tax Sale; (b) to be vested with a Deed in fee simple in and to the Property; and (c) to possession of the Property after issuance of such Deed.

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Issue a Writ of Summons to all Defendants at their residences, home address or places of business as listed herein, and to all other persons having or claiming to have an interest in the Property, commanding them to appear in Court on some day certain to be named therein and answer this Complaint or redeem the Property, and abide by and perform such judgments or orders as may be entered herein, and warning the Defendants that in case of failure to do so, a final judgment will be entered foreclosing all rights of redemption in and to the Property;

B. Enter an Order of Publication in the form proposed herewith giving notice to the Defendants and all other persons having or claiming to have any interest in the Property, and warning them to appear in Court in person or via counsel on or before the day mentioned therein and to show cause, if any they may have, as to why judgment should not be passed;

C. Issue a Notice to Interested Parties of Action to Foreclose the Right of Redemption in Property Sold at Tax Sale (the "Notice") in the form proposed herewith;

D. Permit Plaintiff, through a private process server, to post the Notice in a conspicuous place on the Property;

E. Enter Final Judgment: (i) foreclosing all rights and equity of redemption of the Defendants and of all persons having or claiming to have any interest in the Property, including divesting and extinguishing the right, title, interest, and lien of the United States in the Property in accordance with 28 U.S.C. § 2410; (ii) vesting the Plaintiff with absolute and indefeasible title, in fee simple, in and to the Property, barring all rights of redemption, and foreclosing all prior and subsequent alienations and descents of the Property and all encumbrances thereon, except taxes accrued and other municipal liens levied subsequent to the date of the tax sale, and easements of record or any other easement that may be observed by an inspection of the Property; and (iii) directing the issuance of a Deed in fee simple to Plaintiff, and further directing the Defendants and all persons claiming by, through or under them to deliver possession of the Property to Plaintiff, together with all deeds, papers, and writings in their custody and power relating to or concerning the Property or any part thereof; and

F. Awarding Plaintiff such other and further relief as the nature of this case may require.

Respectfully submitted,

Bob Van Galoubandi
Harris W. Eisenstein
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
Phone: (410) 727-6600
Fax: (410) 727-1115

*Attorneys for Plaintiff*

| Form 668 (Y)(c) <br> (Rev. February 2004) | 5219 | Department of the Treasury - Internal Revenue Service <br> **Notice of Federal Tax Lien** | | |
|---|---|---|---|---|
| Area: <br> SMALL BUSINESS/SELF EMPLOYED AREA #3 <br> Lien Unit Phone: (800) 913-6050 | | Serial Number <br> 409859607 | | For Optional Use by Recording Office <br> 2007 DEC 24 AM 11:28 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  PATAPSCO EXCAVATING INC , a Corporation

21859

Residence    601 W PATAPSCO AVE
             BALTIMORE, MD 21225-1636

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

24-L07-008603

| Kind of Tax <br> (a) | Tax Period Ending <br> (b) | Identifying Number <br> (c) | Date of Assessment <br> (d) | Last Day for Refiling <br> (e) | Unpaid Balance of Assessment <br> (f) |
|---|---|---|---|---|---|
| 1120 | 12/31/1993 | 52-1423220 | 08/21/2006 | 09/20/2016 | 664525.04 |
| 1120 | 12/31/1994 | 52-1423220 | 08/21/2006 | 09/20/2016 | 361914.78 |

BK 00020 PG 0360

Place of Filing
CLERK OF THE CIRCUIT COURT
BALTIMORE CITY
BALTIMORE, MD 21202

Total $ 1026439.82

This notice was prepared and signed at  JACKSONVILLE, FL  , on this,

the  14th  day of  December , 2007 .

Signature  R. A. Mitchell           Title  REVENUE OFFICER        23-05-1333
for A. HARRIS                              (410) 962-9694

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X